ANNA V. HURTZIG, as Administratrix of the Estate of WILLIAM VOLP, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

LEOPOLD HERKERT, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued May 1, 1929; decided May 28, 1929.)

*George P. Nicholson*, Corporation Counsel (*J. Joseph Lilly, Willard S. Allen* and *Matthew J. Troy* of counsel), for appellant.

*Edward J. McCrossin* for respondents.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.